John H. Everett, Esq. (Bar No. 95120)
LAW OFFICES OF JOHN H. EVERETT
600 West Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 294-2200
Facsimile: (619) 294-2300

Attorneys for Defendant, BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN #1162

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHITE,<br><br>　　Plaintiff,<br><br>vs.<br><br>BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN #1162; NORTHWEST VILLAGE, LLC,<br><br>　　Defendants. | Case No.: 3:17-cv-1065-JM-AGS<br><br>**JOINT MOTION RE: STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** |

The parties to this action, hereby move and stipulate, pursuant to Civil Rule 7.2 through their respective attorneys, that Defendant shall have until July 20, 2017 to answer or otherwise respond to Plaintiff's complaint.

The parties respectfully request the Court's order for the extension of time, to provide additional time to attempt a resolution of Plaintiff's claims, before incurring litigation expense. The current deadline for filing the Answer to Complaint is June 29, 2017. The requested time is necessary, as the named Defendant, BEST AMERICAN HOSPITALITY, INC. dba CHURCH'S CHICKEN #1162 is the operator of the restaurant located at 504 Euclid Street, San Diego, CA 92114. The property on which the restaurant is situated is owned by

NORTHWEST VILLAGE, LLC. The parties are in the process of evaluating liability and damages and intend to engage in settlement negotiations, immediately. This process would be furthered by the requested extension of time as the parties wish to minimize the expenditure of fees and costs, to the greatest extent possible.

IT IS SO STIPULATED

Dated: July 11, 2017          LAW OFFICES OF JOHN EVERETT

BY: /s/ John H. Everett
JOHN H. EVERETT, ESQ.
Attorneys for Defendant,
BEST AMERICAN HOSPITALITY, INC.

Dated: July 11, 2017          DISABLED ADVOCACY GROUP, APLC

BY: /s/ Scottlynn J. Hubbard, IV
SCOTTLYNN J. HUBBARD, IV, ESQ.
Attorneys for Plaintiff,
DOROTHY WHITE

JOINT MOTION RE: STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT